IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| STACEY DOWDY AND KERRY DOWDY | § § § | |
| Plaintiffs, | § § | |
| V. | § § | Civil Action No. 2-05CV-539 |
| T.K. STANLEY, INC., FRANCIS C. KNIGHT, JR., a/k/a "BULL FRANCIS" AND BRETT COOPER | § § § § § | JURY |
| Defendants. | § § | |

### DEFENDANTS' NOTICE OF DISCLOSURES PURSUANT TO MAY 1, 2006 DISCOVERY ORDER

COME NOW, T. K. STANLEY, INC., FRANCIS C. KNIGHT, JR. and BRETT COOPER ("Defendants"), in the above-entitled and numbered civil action, and state that initial disclosures pursuant to the provisions of paragraph 1 of the Court's May 1, 2006 Discovery Order and the parties' subsequent agreement have been made and provided to all counsel of record on this the 1st day of June, 2006.

Respectfully submitted,

MANNING, GOSDA & ARREDONDO, L.L.P.

By: _Douglas T. Gosda – by permission JCS_
Douglas T. Gosda
Attorney –in-Charge
State Bar No. 08221290
Federal I.D. No. 4231
5847 San Felipe, Suite 1500
Houston, Texas 77057
(713) 783-7070 – Telephone
(713) 783-7157 - Facsimile
Email: dgosda@mga-law.com

William J. Cozort, Jr.
State Bar No. 04967550
Federal I.D. No. 12299
Email: wcozort@mga-law.com

Attorneys for Francis C. Knight, Jr., Brett Cooper and T.K. Stanley, Inc., Defendants

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on the 1st of June, 2006. A true and correct copy of the above and foregoing instrument was served upon the following counsel in compliance with the Federal Rules of Civil Procedure by certified mail, return receipt requested, telephonic communications, hand delivery and/or regular U.S. mail on this the __1st__ day of June, 2006:

Via Facsimile (903) 596-0909
Mr. Andy Tindel
Provost • Umphrey Law Firm, L.L.P.
112 E. Line Street, Suite 304
Tyler, Texas 75702

Via Facsimile (409) 813-8608
Mr. John M. Lane
Provost • Umphrey Law Firm, L.L.P.
490 Park Street
Beaumont, Texas 77701

MANNING, GOSDA & ARREDONDO, L.L.P.

By: _William J. Cozort, Jr. by permission JCS_
William J. Cozort, Jr.

2