IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| STACEY DOWDY AND KERRY DOWDY | § § § | |
| Plaintiffs, | § § | |
| V. | § § | Civil Action No. 2-05CV-539 |
| | § | JURY |
| T.K. STANLEY, INC., FRANCIS C. KNIGHT, JR., a/k/a "BULL FRANCIS" AND BRETT COOPER | § § § § | |
| Defendants. | § | |

## DEFENDANTS' NOTICE OF ADDITIONAL DISCLOSURES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendants, **T. K. STANLEY, INC., FRANCIS C. KNIGHT, JR.** and **BRETT COOPER**, hereby give notice, pursuant to E. Dist. Tex. Loc. Ct. R. CV-26(c) and paragraph 7 of the Court's June 9, 2006 Amended Discovery Order, that the additional disclosures required under the provisions of paragraph 3 of the Court's June 9, 2006 Amended Discovery Order and Fed. R. Civ. P. 26(a)(1) have been made, and served upon all counsel of record, on this the 21st day of July, 2006.

Respectfully submitted,

OF COUNSEL:

By: _Douglas T. Gosda wje_

William J. Cozort, Jr.
**MANNING, GOSDA & ARREDONDO, L.L.P.**
State Bar No. 04967550
Federal I.D. No. 12299
5847 San Felipe, Suite 1500
Houston, Texas  77057
(713) 783-7070 – Telephone
(713) 783-7157 – Facsimile
Email: wcozort@mga-law.com

Douglas T. Gosda
Lead Attorney
State Bar No. 08221290
Federal I.D. No. 4231
5847 San Felipe, Suite 1500
Houston, Texas  77057
(713) 783-7070 – Telephone
(713) 783-7157 – Facsimile
Email: dgosda@mga-law.com

Attorneys for **FRANCIS C. KNIGHT, JR. a/k/a
"BULL FRANCIS", BRETT COOPER and
T.K. STANLEY, INC.**, Defendants

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on the 21st of July, 2006. A true and correct copy of the above and foregoing instrument was served upon the following counsel in compliance with the Federal Rules of Civil Procedure by certified mail, return receipt requested, telephonic communications, hand delivery and/or regular U.S. mail on this the 21st day of July, 2006:

Via Facsimile (903) 596-0909
Mr. Andy Tindel
Provost • Umphrey Law Firm, L.L.P.
112 E. Line Street, Suite 304
Tyler, Texas  75702

Via Facsimile (409) 813-8608
Mr. John M. Lane
Provost • Umphrey Law Firm, L.L.P.
490 Park Street
Beaumont, Texas  77701

MANNING, GOSDA & ARREDONDO, L.L.P.

By: _William J Cozort_

William J. Cozort, Jr.

2